Case 13-37019-ABA    Doc 41-3    Filed 04/27/17    Entered 04/27/17 10:46:31    Desc
Proposed Order    Page 1 of 2

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1( b)**

Denise Carlon
KML LAW GROUP, P.C.
216 Haddon Avenue, Ste. 406
Westmont, NJ 08108
MidFirst Bank

In Re:
Donnie King
Linda King aka Linda Herman aka Linda Ann Herman

    DEBTORS,



Order Filed on May 30, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No:    13-37019 ABA

Chapter: 13

Hearing Date: May 30, 2017 at 10:00am
Judge: Andrew B. Altenburg Jr.

# ORDER VACATING STAY

The relief set forth on the following page is hereby ordered **ORDERED**.

**DATED: May 30, 2017**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

[Type text]

Upon the motion of MidFirst Bank, under Bankruptcy Code section 362(a) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is

ORDERED that the automatic stay is vacated to permit the movant, to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the movant's rights in the following:

■    Real Property More Fully Described as:

**Land and premises commonly known as 627 North Delaware Street A/K/A 627 Delaware Street, Paulsboro NJ 08066**

☐    Personal Property More Fully Describes as:

It is further ORDERED that the movant, its successors or assignees, may proceed with its rights and remedies under the terms of the subject Mortgage and pursue its State Court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives, including, but not limited to, a loan modification, short sale or deed-in-lieu foreclosure. Additionally, any purchaser of the Property at Sheriff's Sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the Property.

It is further ORDERED that the movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

The movant shall serve this order on the debtor, any trustee and any other party who entered an appearance on the motion.

*rev. 7/12/16*

[Type text]

United States Bankruptcy Court
District of New Jersey

In re:
Donnie King
Linda King
    Debtors

Case No. 13-37019-ABA
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1    User: admin    Page 1 of 1    Date Rcvd: May 30, 2017
Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 01, 2017.
db/jdb      +Donnie King,    Linda King,    339 Marion Avenue,    Westville, NJ 08093-2126

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.      TOTAL: 0

    ***** BYPASSED RECIPIENTS *****
NONE.      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 01, 2017                                Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 30, 2017 at the address(es) listed below:
         Denise E. Carlon    on behalf of Creditor    MIDFIRST BANK dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
         Isabel C. Balboa    ecfmail@standingtrustee.com,    summarymail@standingtrustee.com
         Raymond H. Shockley, Jr.    on behalf of Trustee Isabel C. Balboa ecf@standingtrustee.com
         Seymour Wasserstrum    on behalf of Joint Debtor Linda King mylawyer7@aol.com, ecf@seymourlaw.net;r47769@notify.bestcase.com
         Seymour Wasserstrum    on behalf of Debtor Donnie King mylawyer7@aol.com, ecf@seymourlaw.net;r47769@notify.bestcase.com
         William M. E. Powers, III    on behalf of Creditor    Seterus, Inc. servicing agent for Federal National Mortgage Association ecf@powerskirn.com
         William M. E. Powers, III    on behalf of Creditor    JP Morgan Chase Bank, National Association ecf@powerskirn.com
         William M. E. Powers, III    on behalf of Loss Mitigation    JPMorgan Chase Bank, N.A. ecf@powerskirn.com
         William M.E. Powers    on behalf of Creditor    JP Morgan Chase Bank, National Association ecf@powerskirn.com
         William M.E. Powers, III    on behalf of Creditor    JP Morgan Chase Bank, National Association ecf@powerskirn.com
         William M.E. Powers, III    on behalf of Creditor    Seterus, Inc. servicing agent for Federal National Mortgage Association ecf@powerskirn.com
         TOTAL: 11