Form clsnodsc – ntcclsnodis

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

                Case No.:  13−37019−ABA
                Chapter:  13
                Judge:  Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

  Donnie King                                           Linda King
  339 Marion Avenue                         aka Linda Herman, aka Linda Ann Herman
  Westville, NJ 08093                      339 Marion Avenue
                                                  Westville, NJ 08093

Social Security No.:
  xxx−xx−0060                                         xxx−xx−4554

Employer's Tax I.D. No.:

## NOTICE OF DEFICIENCY CONCERNING DISCHARGE

     You are hereby notified that the above−named case will be closed without entry of discharge on or after May 10, 2019 for the reason(s) indicated below.

☑    Debtor has not filed a **Certification About a Financial Management Course (Official Form 423)** proving compliance with the instructional course requirement for discharge.

☑    Joint debtor has not filed a **Certification About a Financial Management Course (Official Form 423)** proving compliance with the instructional course requirement for discharge.

☑    Debtor has not filed a **Certification in Support of Discharge** certifying that all domestic support obligations due have been paid.

☑    Joint debtor has not filed a **Certification in Support of Discharge** certifying that all domestic support obligations due have been paid.

The court must receive the above noted document(s) prior to case closing in order to enter a discharge. If the case is closed without entry of the discharge the debtor must file a Motion To Reopen to allow for the filing of same and pay the applicable filing fee.

Dated: April 10, 2019
JAN: mrm

                                                                                Jeanne Naughton
                                                                                 Clerk

United States Bankruptcy Court
District of New Jersey

In re:
Donnie King
Linda King
    Debtors

Case No. 13-37019-ABA
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-1    User: admin    Page 1 of 1    Date Rcvd: Apr 10, 2019
                       Form ID: clsnodsc    Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 12, 2019.
db/jdb          +Donnie King,   Linda King,   339 Marion Avenue,   Westville, NJ 08093-2126

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Apr 10 2019 23:27:04     U.S. Attorney,   970 Broad St.,   Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Apr 10 2019 23:26:59     United States Trustee,   Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,   Newark, NJ 07102-5235
                                                                                                                                                                                                            TOTAL: 2

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 12, 2019                                                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 10, 2019 at the address(es) listed below:
           Denise E. Carlon    on behalf of Creditor   MIDFIRST BANK dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
           Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com
           Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com, summarymail@standingtrustee.com
           Raymond H. Shockley, Jr.    on behalf of Trustee Isabel C. Balboa ecf@standingtrustee.com
           Seymour Wasserstrum    on behalf of Debtor Donnie King mylawyer7@aol.com, ecf@seymourlaw.net
           Seymour Wasserstrum    on behalf of Joint Debtor Linda King mylawyer7@aol.com, ecf@seymourlaw.net
           William M. E. Powers, III    on behalf of Creditor   Seterus, Inc. servicing agent for Federal National Mortgage Association ecf@powerskirn.com
           William M. E. Powers, III    on behalf of Creditor   JP Morgan Chase Bank, National Association ecf@powerskirn.com
           William M. E. Powers, III    on behalf of Loss Mitigation   JPMorgan Chase Bank, N.A. ecf@powerskirn.com
           William M.E. Powers    on behalf of Creditor   JP Morgan Chase Bank, National Association ecf@powerskirn.com
           William M.E. Powers, III    on behalf of Creditor   JP Morgan Chase Bank, National Association ecf@powerskirn.com
           William M.E. Powers, III    on behalf of Creditor   Seterus, Inc. servicing agent for Federal National Mortgage Association ecf@powerskirn.com
                                                                                                                                                                             TOTAL: 12