Form 177 – fnldec

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

                Case No.:  13–37019–ABA
                Chapter:  13
                Judge:  Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Donnie King | Linda King |
| 339 Marion Avenue | aka Linda Herman, aka Linda Ann Herman |
| Westville, NJ 08093 | 339 Marion Avenue |
| | Westville, NJ 08093 |

Social Security No.:
  xxx–xx–0060                                               xxx–xx–4554

Employer's Tax I.D. No.:

## FINAL DECREE

    The estate of the above named debtor(s) has been fully administered.

    If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

    ORDERED that Isabel C. Balboa is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: <u>May 14, 2019</u>                 <u>Andrew B. Altenburg Jr.</u>
                                              Judge, United States Bankruptcy Court